UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS MERCEDES, on behalf of himself and all others similarly situated,<br><br>                     Plaintiff,<br><br>            v.<br><br>DARLING SHOE CORP.,<br><br>                     Defendant. | 25-CV-2706 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

      On May 22, 2025, Plaintiff obtained a certificate of default by Defendant. Plaintiff, however, has not yet moved for default judgment. If he intends to do so, Plaintiff shall file his motion for default judgment in accordance with this Court's individual rules no later than July 11, 2025. Failure to do so by that date may result in dismissal of this action for failure to prosecute.

SO ORDERED.

Dated:    June 23, 2025
             New York, New York

                                                              Ronnie Abrams
                                                              United States District Judge